DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CROSSCOUNTRY MORTGAGE, LLC,**
Appellant,

v.

**TANNER HOWELL TOBEY,**
Appellee.

No. 4D2024-2259

[November 20, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Richard L. Oftedal, Judge; L.T. Case No. 502023CA012171.

Heather L. Griffiths of Padgett Law Group, Tallahassee, for appellant.

Morgan L. Weinstein of Twig, Trade, & Tribunal, PLLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***